JS-6

BENJAMIN M. O'DONNELL (SBN 309119)
LAURIE A. TRAKTMAN (SBN 165588)
EMILY OLIVENCIA-AUDET (SBN 342116)
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139
email: bodonnell@gslaw.org
email: lat@gslaw.org
email: eolivencia@gslaw.org

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 206 HEALTH BENEFIT TRUST; BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(a) PLAN; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 104 DISTRICT 3 401(a) PLAN; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 206 SECTION 401(a) PLAN; BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF | Case No.  2:23-cv-00907-PA-AGR<br><br>Hon. Percy Anderson<br><br>**ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT** |

1

[PROPOSED] ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT

DIRECTORS OF SHEET METAL AND AIR
CONDITIONING APPRENTICESHIP AND
JOURNEYMEN TRAINING FUND OF
SAN DIEGO; BOARD OF TRUSTEES OF
TRI-COUNTIES SHEET METAL AND AIR
CONDITIONING INDUSTRY JOINT
APPRENTICESHIP COMMITTEE; SHEET
METAL INDUSTRY FUND OF
SOUTHERN CALIFORNIA; BOARD OF
DIRECTORS OF SHEET METAL AND AIR
CONDITIONING CONTRACTORS OF
SAN DIEGO INDUSTRY FUND, INC.;
TRI-COUNTIES SHEET METAL AND AIR
CONDITIONING CONTRACTORS
ASSOCIATION INDUSTRY FUND;
BOARD OF TRUSTEES OF SOUTHERN
CALIFORNIA LABOR-MANAGEMENT
COOPERATION TRUST; BOARD OF
TRUSTEES OF TRI-COUNTIES SMACNA
LMCC; BOARD OF TRUSTEES OF SHEET
METAL WORKERS LOCAL 105 HEALTH
REIMBURSEMENT PLAN,

     Plaintiffs,

       v.

SUPERIOR AIR, INC.; VINOD
JOTHILINGAM; and VANDANA AHUJA,

     Defendants.

     Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of

Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada;

Board of Trustees of Sheet Metal Workers' Health Plan of Southern California,

Arizona and Nevada; Board of Trustees of Sheet Metal Workers' Local 206 Health

Benefit Trust; Board of Trustees of Southern California Sheet Metal Workers'

2

401(a) Plan; Board of Trustees of Sheet Metal Workers' Local 104 District 3

401(a) Plan; Board of Trustees of Sheet Metal Workers' Local 206 Section 401(a)

Plan; Board of Trustees of Southern California Sheet Metal Joint Apprenticeship

and Training Committee; Board of Directors of Sheet Metal and Air Conditioning

Apprenticeship and Journeymen Training Fund of San Diego; Board of Trustees of

Tri-Counties Sheet Metal and Air Conditioning Industry Joint Apprenticeship

Committee; Sheet Metal Industry Fund of Southern California; Board of Directors

of Sheet Metal and Air Conditioning Contractors of San Diego Industry Fund, Inc.;

Tri-Counties Sheet Metal and Air Conditioning Contractors Association Industry

Fund; Board of Trustees of Southern California Labor-Management Cooperation

Trust; Board of Trustees of Tri-Counties SMACNA LMCC; and Board of Trustees

of Sheet Metal Workers Local 105 Health Reimbursement Plan ("Plaintiffs" or

"The Plans"), and Defendants, VINOD JOTHILINGAM and VANDANA AHUJA

("Individual Defendants"); and SUPERIOR AIR, INC.. ("Company") the Court

has considered the matter fully and concluded that good cause exists to approve the

parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** as follows:

1.     The Company and Individual Defendants are indebted to the Plans in

the total amount of $318,884.01 as follows: contributions (including the "Savings

Deferral" which are wages deducted from employee paychecks) in the amount of

$164,507.93 for the delinquent work months of January 2017 through August

2023; $29,508.61 in liquidated damages for late payment or nonpayment of

contributions for the work months of January 2017 through August 2023;

$19,671.30 in testing fees for the audit conducted for the period of January 2017

through August 2023; $52,436.87 in interest for late payment or nonpayment of

contributions; and attorney's fees and costs in the amount of $52,759.30.

3

2.      The Plans, the Company, and the Individual Defendants have entered into a Stipulation for Judgment whereby the Plans will accept payment in the amount of $122,163.74 over a thirty-six (36) month period commencing in October 2023 in lieu of and as complete satisfaction of the total aforementioned amount of $318,884.01. The Plans agree to not seek enforcement of this Judgment unless or until Defendants default on the Stipulation for Judgment, except that the Plans may immediately record Abstracts of Judgement, as well as any other actions mutually agreed upon by the Parties. Should all payments be made in accordance with the Stipulation for Judgment totaling $122,163.74, the Plans will promptly execute and file a Satisfaction of Judgment stating full satisfaction of the entire amount of $318,884.01.

3.      Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $318,884.01 in delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon. Post-judgment interest shall accrue at the rate of 12% per annum but shall be assessed only if the Company and the Individual Defendants default on their obligations pursuant to the Stipulation for Judgment.

3.      ~~This Court retains jurisdiction over this matter through January 20, 2027 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to enter any Supplemental judgments against the Company and Individual Defendants and in favor of the Plans for such sums due as may be determined by the Plans and established upon application to the Court by declaration and noticed motion.~~

IT IS SO ORDERED

Dated  September 20, 2023

United States District Judge

4

[PROPOSED] ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT